IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RUSSEL DOVER, JONATHAN STONE, CODY RANK, and SUZETTE PERRY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-vs.-

BRITISH AIRWAYS PLC (UK),

    Defendant.

Case No.1:12-cv-05567-MKB-MDG

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of the undersigned as counsel for Defendant British Airways PLC, ("Defendant") in this action. I certify that I am admitted to practice in this court. In entering this appearance, Defendant expressly reserve all defenses.

Dated: New York, New York
December 21, 2012

DLA Piper LLP (US)

Richard F. Hans
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: 212-335-4500
Fax: 212-335-4501
richard.hans@dlapiper.com

*Attorneys for the Defendant
British Airways PLC (UK)*