IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSEL DOVER, JONATHAN STONE, CODY RANK, and SUZETTE PERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-vs.-<br><br>BRITISH AIRWAYS PLC (UK),<br><br>Defendant. | Case No.1:12-cv-05567-MKB-MDG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, that Colleen M. Carey, an associate with the law firm of DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for Defendant British Airways, PLC. I certify that I am admitted to practice in this court.

Dated: New York, New York
July 12, 2013

DLA Piper LLP (US)

_____
Colleen M. Carey
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: 212-335-4737
Fax: 917-778-8037
colleen.carey@dlapiper.com

*Attorneys for the Defendant
British Airways, PLC (UK)*