

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Timothy H Birnbaum
timothy.birnbaum@dlapiper.com
T 212.335.4618
F 917.778.8618

August 11, 2014

VIA ECF

The Honorable Raymond J. Dearie, USDJ
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Dover, et al. v. British Airways, PLC*, No. 1:12-cv-5567;
Withdrawal of Appeal of Magistrate Go's July 29, 2014 Discovery Order

Your Honor:

On behalf of the defendant British Airways PLC ("BA"), we request that the appeal of Magistrate Go's July 29, 2014 Discovery Order (ECF No. 93) (the "Appeal") be withdrawn, without prejudice, pursuant to BA's consent to do so during the telephonic conference held between the parties and Magistrate Go earlier today.

BA reserves the right to re-file the Appeal subsequent to Magistrate Go's issuance of a more comprehensive discovery order relating to the plaintiffs' letter motion filed on June 26, 2014 (ECF No. 82).

Respectfully submitted,

*Timothy Birnbaum*

Timothy H. Birnbaum