# Exhibit A

```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF NEW YORK
 2

 3    ---------------------------------------X
                                             :
 4    RUSSEL DOVER, et al.,                  :
                                             :  12-CV-5567 (RJD)
 5              Plaintiffs,                   :
           v.                                :
 6                                           :  August 11, 2014
      BRITISH AIRWAYS, PLC (UK),             :  Brooklyn, New York
 7                                           :
                                             :
 8              Defendant.                   :
                                             :
 9    ---------------------------------------X

10
        TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE DISCOVERY CONFERENCE
11                BEFORE THE HONORABLE MARILYN D. GO
                    UNITED STATES MAGISTRATE JUDGE
12
      APPEARANCES:
13
      For the Plaintiffs:          DAVID STELLINGS, ESQ.
14                                 JASON LICHTMAN, ESQ.
                                   DOUGLAS CUTHBERTSON, ESQ.
15                                 NICHOLAS DIAMAND, ESQ.
                                   Lieff, Cabraser, Heimann &
16                                  Bernstein
                                   250 Hudson Street, 8th Floor
17                                 New York, New York 10013

18
      For the Defendant:           COLLEEN CAREY, ESQ.
19                                 TIMOTHY BIRNBAUM, ESQ.
                                   RICHARD HANS, ESQ.
20                                 DLA Piper LLP
                                   1251 Avenue Of The Americas
21                                 New York, New York 10020

22

23    Court Transcriber:           MARY GRECO
                                   TypeWrite Word Processing Service
24                                 211 N. Milton Road
                                   Saratoga Springs, New York 12866
25


      Proceedings recorded by electronic sound recording,
      transcript produced by transcription service
```

15

1          MS. GORDON:  [Indiscernible], Your Honor.  Thank
2  you.
3          THE COURT:  Okay.  Now just hang on.  Are you in
4  some dangerous driving situation?  Because I generally make my
5  attorneys pull over to the side before I'll talk to them.
6          MS. GORDON:  My husband is driving, Your Honor.
7          THE COURT:  Oh, okay.  I don't want the courthouse
8  to be sued for encouraging people to be reckless drivers.  I
9  might say something that will cause you to swerve the steering
10  wheel.
11          Anyway, there was just one housekeeping matter
12  because we have that subpoena that was transferred over, the
13  motion to compel.
14          MR. STELLINGS:  That's right, Your Honor.
15          THE COURT:  Okay.  Are there any more submissions in
16  that case that the parties plan to file?
17          MS. CAREY:   I believe it's fully briefed.
18          THE COURT:  Okay.  All right.  So all I need to do
19  is just take a look at it.  Okay.  Just hang on one second.
20  Okay.  I just need to talk to my law clerk for a minute.
21                        [Off the record.]
22          THE COURT:  Hello?
23          MR. STELLINGS:  Hi.
24          THE COURT:  Hi.  Okay.  Ms. Gordon and Carey?
25  Hello?