**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

September 23, 2014

David S. Stellings
Partner
dstellings@lchb.com

**VIA ECF**

Magistrate Judge Marilyn D. Go
United States District Court
225 Cadman Plaza East
Room 1214-S
Brooklyn, New York 11201

      RE:  *Dover et al. v. British Airways PLC*
            Case Nos. 1:12-cv-5567, 1:14-cv-4710

Your Honor:

      On September 12, 2014, Plaintiffs moved for a protective order pursuant to Fed. R. Civ. P. 26(c) to quash or modify a subpoena British Airways PLC ("BA") served on AT&T Mobility LLC (the "Subpoena") on August 20, 2014. (Dkt. No. 106.) Plaintiffs consented to an extension of BA's time to respond to the Motion. (Dkt. No. 108.)

      After meeting and conferring with Plaintiffs, BA has now withdrawn the Subpoena, which sought the records of every single call made by the four Plaintiffs on their cell phones, the content of those calls, and identifying information for any other cell phone numbers registered to the plaintiffs. It was not limited by time period. Instead, BA will serve a new subpoena, which will seek documents sufficient to identify telephone records of calls made between Plaintiffs and certain, pre-identified BA phone numbers only, from January 1, 2011 to the present, and identifying information for any other cell phone numbers registered to the plaintiffs.

      BA's proposed, significantly modified subpoena is acceptable to Plaintiffs, who therefore seek to withdraw their Motion (Dkt. No. 106.) Plaintiffs are pleased that the parties were ultimately able to resolve Plaintiffs' objections to the Subpoena without resolution from this Court, and thankful to the Court for its willingness to assist the parties.

Respectfully submitted,

*/s/ David S. Stellings*

David S. Stellings
Nicholas Diamand
Jason L. Lichtman
Douglas I. Cuthbertson

1196901.1

San Francisco      New York      Nashville      www.lieffcabraser.com