March 23, 2016

The Honorable Raymond J. Dearie
United States District Judge
United States District Court Eastern District of New York
Brooklyn, New York  11201

      Re:    *Dover, et al. v. British Airways, PLC*, No. 1:12-cv-5567-RJD-MDG

Your Honor:

      The parties in the referenced action submit this joint letter respectfully to request guidance from the Court regarding the upcoming schedule in this matter.  Under our current case schedule, the joint pre-trial order is due by April 25, 2016 or twenty days after the Court rules on dispositive motions, whichever is later.  (Dkt. No. 159 at 2).  As the Court is aware, however, there are a number of motions pending and fully briefed, including plaintiffs' motion for class certification and cross motions for summary judgment.

      The parties seek guidance from the Court as to whether the April 25, 2016 deadline for the joint pre-trial order will still be operative.  Relatedly, the parties seek the Court's guidance to clarify whether the Court intends for trial to begin June 6, 2016.

      Respectfully submitted,

| | |
|---|---|
| /s/ Jason Lichtman_____ | /s/ Keara Gordon_____ |
| Jason L. Lichtman | Keara M. Gordon |
| David S. Stellings | Richard F. Hans |
| Nicholas R. Diamand | Colleen M. Carey |
| Douglas I. Cuthbertson | Timothy H. Birnbaum |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | DLA PIPER US LLP |
| 250 Hudson Street, 8th Floor | 1251 Avenue of the Americas |
| New York, New York  10013-1413 | New York, New York  10020 |
| (212) 355-9500 | (212) 335-4500 |
| jlichtman@lchb.com | keara.gordon@dlapiper.com |
| dstellings@lchb.com | richard.hans@dlapiper.com |
| ndiamand@lchb.com | colleen.carey@dlapiper.com |
| dcuthbertson@lchb.com | timothy.birnbaum@dlapiper.com |
| | |
| | *Attorneys for Defendant British Airways PLC* |
| *Attorneys for Plaintiffs* | |