

September 12, 2017

**VIA ECF**

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:   *Dover, et al. v. British Airways*, Case No. 12-cv-5567

Your Honor:

      Plaintiffs and BA have conferred regarding Plaintiffs' motion to exclude Dr. Andrew Hildreth's testimony (Dkt. 177) ("Motion"). Because BA has withdrawn Dr. Hildreth's designation as a testifying expert and no other witness will testify at trial about Dr. Hildreth's work in this litigation or regarding the details of regression analyses that were to be explored at the October 5, 2017 evidentiary hearing, Plaintiffs' withdraw their Motion as it is moot. Accordingly, the parties respectfully ask the Court to cancel the October 5, 2017 evidentiary hearing.

Very truly yours,

_____  _____
Colleen Carey Gulliver              Jason L. Lichtman
Partner                             Partner
DLA Piper LLP (US)                  Lieff Cabraser Heimann & Bernstein, LLP
1251 Avenue of the Americas, 27th Floor   250 Hudson Street, 8th Floor
New York, New York 10020-1104       New York, New York 10013-1413

JLL/wp

1370120.1