## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL DOVER, HENRY HORSEY, CODY RANK, and SUZETTE PERRY, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>    -vs.-<br><br>BRITISH AIRWAYS, PLC (UK),<br><br>             Defendant. | Case No. 1:12-cv-05567 (RJD) (CLP)<br><br><br>**UNOPPOSED MOTION TO ADOPT REPORT & RECOMMENDATION AND ORDER THE CASE CLOSED.** |

Plaintiffs respectfully ask the Court to adopt Magistrate Judge Pollak's October 9, 2018 Report & Recommendation ("R&R") approving settlement of this matter. (Dkt. 321.)

No one objected to the R&R during the objection period, and the deadline to make such objections has now passed. *See* Fed. R. Civ. P. 72(b)(2); *cf. Caidor v. Onondaga Cty.*, 517 F.3d 601, 604 (2d Cir. 2008) ("[F]ailure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision."). Accordingly, the Court reviews the R&R only for "clear error." *See, e.g., Dafeng Hengwei Textile Co. v. Aceco Indus. & Commercial Corp.*, 54 F. Supp. 3d 279, 283 (E.D.N.Y. 2014). The Magistrate Judge's Report was written carefully and benefited significantly from Judge Pollak's work directly with the parties for months to resolve this heavily-litigated case. It does not contain error, particularly not "clear error."

Plaintiffs ask the Court to adopt the R&R and order this case closed, which will allow Plaintiffs and the Class Members to receive their Settlement compensation. Defendants do not oppose this motion.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★    OCT 26 2018    ★

BROOKLYN OFFICE

Dated: October 24, 2018

Respectfully submitted,

/s/ David S. Stellings
    David S. Stellings

David S. Stellings (dstellings@lchb.com)
Nicholas R. Diamand (ndiamand@lchb.com)
Jason L. Lichtman (jlichtman@lchb.com)
Douglas I. Cuthbertson (dcuthbertson@lchb.com)
**LIEFF CABRASER HEIMANN &**
  **BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
212.355.9500

**IT IS SO ORDERED.**

DATED: _10/25/_____, 2018

s/ RJD

Raymond J. Dearie
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, service of this document was accomplished via the Court's electronic filing system and that Defendant British Airways has consented to service in this manner.

_____
Jason L. Lichtman