UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RUSSELL DOVER, HENRY HORSEY,
CODY RANK, and SUZETTE PERRY,
on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

                                              JUDGMENT
                                              12-cv-05567 (RJD) (CLP)

          -against-

BRITISH AIRWAYS, PLC (UK),

                    Defendant.
------------------------------------------------------------ X

       An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on October 26, 2018, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated October 9, 2018 which recommended the following: that the motion for final approval of the Class Settlement be granted, along with the request for attorneys' fees, expenses and service awards; it is

       ORDERED and ADJUDGED that that the motion for final approval of the Class Settlement is granted, along with the request for attorneys' fees, expenses, and service awards.

Dated: Brooklyn, NY                                         Douglas C. Palmer
October 29, 2018                                           Clerk of Court

                                                    By:    /s/*Jalitza Poveda*
                                                                Deputy Clerk